IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:04-cr-00066-GEB ) |
| v. | ) ORDER ) |
| STACY PAUL HERNANDEZ, | ) ) |
| Defendant. | ) ) |

Defendant filed a petition on March 15, 2013, in which he requests "that the Court order the United States Probation Office for the Eastern District of California to **disclose a copy of the arrest report or police report generated by the West Sacramento Police Department after Mr. Hernandez's January 25, 2011 arrest, report no. 11-00389**." (Def.'s Pet. 1:25-28 (emphasis added), ECF No. 28.)

The United States Probation Officer assigned this case communicated with the undersigned judge and members of his chambers concerning Defendant's "disclosure" petition. During these communications, the undersigned judge learned that the Probation Office will "disclose," i.e. make available for examination, the requested report to Defense counsel at the Probation Office.[1] In light of this

---

[1] "Disclose" means "to expose to view" or "to make known or public." Merriam-Webster.com., http://www.merriam-webster.com (March 19, 2013).

1

information, Defendant has not shown that the specific relief requested is necessary. Therefore, Defendant's petition is denied.

Dated: March 19, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge